THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00329-MR-WCM

| | | |
|---|---|---|
| **GOOSMANN, ROSE, COLVARD & CRAMER, P.A.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| **HUDSON EXCESS INSURANCE COMPANY and ROCKVILLE RISK MANAGEMENT ASSOCIATES, INC.,** | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court *sua sponte.*

On February 7, 2024, the Court entered a Pretrial Order and Case Management Plan setting, *inter alia*, a mediation deadline of September 24, 2024, and a dispositive motions deadline of October 10, 2024. [Doc. 13]. To date, the parties have not submitted a mediation report and no dispositive motions have been filed.

In light of the foregoing, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall submit a mediation report within seven (7) days of the entry of this Order. Failure to

comply with this Order may result in the dismissal of this action without prejudice.

**IT IS SO ORDERED.**

Signed: November 6, 2024

Martin Reidinger
Chief United States District Judge